UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR2245-BTM |
| vs. | CRIMINAL NO. 08MJ1851 |
| Julian Madero-Diaz | ORDER |
| Defendant(s) | RELEASING MATERIAL WITNESS |
| | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, William McCurine Jr

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Yvette Alcantara-Hernandez

DATED: 07-08-08

William McCurine Jr

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082